NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

INTEL CORPORATION,
*Plaintiff-Appellee,*

v.

NEGOTIATED DATA SOLUTIONS, INC.,
*Defendant-Appellant,*

AND

ASUS COMPUTER INTERNATIONAL, INC.,
ACER AMERICA CORPORATION, ACER, INC.,
LENOVO GROUP LTD., AND LENOVO, INC.,
*Defendants.*

---

2011-1448

---

Appeal from the United States District Court for the Eastern District of Texas in case nos. 08-CV-0319 and 11-CV-0247, Chief Judge David J. Folsom.

---

ON MOTION

---

ORDER

Intel Corporation moves for a 14-day extension of time, until November 16, 2011, to file its responsive brief, and Negotiated Data Solutions, Inc. moves for a 10-day extension of time, until December 5, 2011, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

OCT 1 3 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Garland T. Stephens, Esq.
Theodore Stevenson, III, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

OCT 1 3 2011

JAN HORBALY
CLERK